UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS TERAN,<br><br>                              Petitioner,<br><br>v.<br><br>JEREMY CASEY, Facility administrator at the Imperial Regional Detention Facility, et al.,<br><br>                              Respondents. | Case No.:  26-CV-1205 JLS (DEB)<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

On March 13, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and ordered Respondents to immediately release Petitioner from custody.  *See* ECF No. 6 ("Order") at 6.  The Parties failed to file a joint status report confirming Petitioner's release by the deadline set in the Court's Order.  *See id.* at 7.  Accordingly, the Court again **ORDERS** the Parties to file a joint status report by March 27, 2026, confirming Petitioner's release.

**IT IS SO ORDERED.**

Dated:  March 23, 2026

Hon. Janis L. Sammartino
United States District Judge

1

26-CV-1205 JLS (DEB)