UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ELVIS TERAN,

Petitioner,

v.

JEREMY CASEY, Facility administrator
at the Imperial Regional Detention
Facility, et al.,

Respondents.

Case No.: 26-CV-1205 JLS (DEB)

**ORDER DENYING REQUEST FOR EAJA FEES**

On March 13, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 6), and Petitioner was released from custody (ECF No. 8). Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act. *See* ECF No. 1 at 18. In the Court's Order, Petitioner's attorney was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records." Order at 7. Thirty days from the date of the Order have come and gone, and Petitioner's attorney has not submitted an attorney fee application. *See generally* Docket.

/ / /

/ / /

/ / /

/ / /

1

26-CV-1205 JLS (DEB)

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  April 14, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge

26-CV-1205 JLS (DEB)